1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID M. FRANK, et al.,<br><br>          Defendants. | 2:11-CV-1366 JCM (CWH) |

**ORDER**

Presently before the court is plaintiff Branch Banking and Trust Company's *ex parte* application for issuance of writs of attachment and garnishment against defendant David Frank. (Doc. #22). Defendants David Frank, et. al. filed a notice asking the court to either summarily dismiss the *ex parte* application or issue a briefing schedule to allow time for defendants to properly oppose the motion. (Doc. #23).

Plaintiff's motion seeks a writ of attachment and garnishment of an amount up to $20,079,720.36. (Doc. #22). Plaintiff asserts that defendant Frank is entitled to a portion of two inverse condemnation settlements "for at least $25,000,000.00" involving Wall Street Nevada, LLC. (Doc. #22).

Defendants assert in their notice that defendant Frank "possesses no interest, claims no interest, and asserts no interest in any settlement proceedings regarding Wall Street Nevada, LLC." (Doc. #23). "Thus, [p]laintiff is attempting to attach settlement proceeds in which [d]efendant has

**James C. Mahan**
**U.S. District Judge**

1   no interest . . . ."  (Doc. #23).

2          Good cause appearing,

3          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants shall have up

4   to and including January 31, 2012, to file an opposition.  Plaintiff may file a reply within 7 days of

5   defendants' opposition.

6          DATED January 23, 2012.

7

8   _____

9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

                                                   - 2 -