SYLVESTER & POLEDNAK, LTD.
JEFFREY R. SYLVESTER, ESQ.
Nevada Bar No. 4396
*jeff@sylvesterpolednak.com*
ALLYSON R. NOTO, ESQ.
Nevada Bar No. 8286
*allyson@sylvesterpolednak.com*
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, successor-in-interest to COLONIAL BANK by acquisition of assets from the FDIC as Receiver for Colonial Bank, a North Carolina banking corporation organized and in good standing under the laws of the State of North Carolina, | Case No.   2:11-CV-1366 JCM-CWH |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DAVID M. FRANK, individually and as trustee of THE DAVID M. FRANK 2004 REVOCABLE INTER VIVOS TRUST dated December 31, 2004; KAVEH KEVIN GOLSHAN, individually; MOUSSA GOLSHAN, as Trustee of the AGA IRREVOCABLE TRUST dated December 7, 1995; THE MERRILL COMPANIES, LLC, a California Limited Liability Company; FIESTA STATION REAL ESTATE HOLDINGS, LLC, a Nevada Limited Liability Company; AGA, LLC, a California Limited Liability Company; GERALDINE WEBER, an individual; and DOE Individuals I through X; and ROE Corporations and Organizations I through V, inclusive, | |
| Defendants. | |

# JUDGMENT

This matter, having come on for hearing on January 24, 2014, pursuant to NRS 40.457 for the purposes of determining the fair market value of the real property, Jeffrey R. Sylvester, Esq. and Allyson R. Noto, Esq., of the law firm of Sylvester & Polednak, Ltd., appearing on behalf of Plaintiff, Branch Banking and Trust Company, successor-in-interest to Colonial Bank by acquisition of assets from the Federal Deposit Insurance Company as Receiver for Colonial Bank ("BB&T") and Frank M. Flansburg III, Esq., of the law firm of Marquis Aurbach Coffing, Ltd., and Christopher S. Reeder, Esq., of the law firm Robin, Kaplan, Miller & Ciresi, LLP, appearing on behalf of the Defendants, David M. Frank, individually and as trustee of the David M. Frank 2004 Revocable Inter Vivos Trust dated December 31, 2004; Kaveh Kevin Golshan, individually; Moussa Golshan, as Trustee of the AGA Irrevocable Trust dated December 7, 1995; the Merrill Companies, LLC, a California Limited Liability Company; Fiesta Station Real Estate Holdings, LLC, a Nevada Limited Liability Company; AGA, LLC a California Limited Liability Company and Geraldine Weber, and individual (collectively the "Defendants"); the Court having previously granted summary judgment on all issues in favor of Plaintiff by Order entered September 26, 2013 [Doc. No. 134] and having entered its Order determining the Fair Market Value on February 10, 2014 [Doc. No. 164] and having heard argument by counsel, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of Eight Million, Five Hundred Eighty Two Thousand Six Hundred Eight and 00/100 Dollars ($8,582,608.00).

Dated February 28, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

**SYLVESTER & POLEDNAK, LTD.**

By: _____
    Allyson R. Noto, Esq.
    1731 Village Center Circle
    Las Vegas, Nevada 89134
    *Attorneys for Plaintiff*