# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | Case No. 2:11-cv-01366-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| DAVID M. FRANK et al., | |
| Defendants. | |

Presently before the court are Plaintiff's motions (ECF Nos. 203-212) for charging orders, filed on September 8, 2016. Defendants have not filed a response. However, the parties have filed a stipulation (ECF No. 213) requesting that the court issue charging orders that are identical to those originally requested by Plaintiff. The court granted this stipulation on September 22, 2016. (ECF No. 218).

IT IS THEREFORE ORDERED that in light of the parties' stipulation and the court's order, Plaintiff's motions (ECF Nos. 203-212) are DENIED as moot.

DATED: September 23, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge